UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE TORRISI, | Case No.: 8:10-cv-01910-AG-RNB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(i) the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 15, 2011

_____
The Honorable Judge
United States District Judge